## No. 5939.

### MRS. ANN MARIA HELLER VS. LOCHTE & CORDES ET AL.

Where an appeal was made returnable on the first Monday of May, 1875, and on motion of the appellant in this court the return day was extended to the first Monday of June, it was too late to file the transcript on the first of November following.

APPEAL from the Sixth District Court, parish of Orleans. *Saucier*, J. *S. Belden*, for plaintiff and appellant. *E. W. Whittemore*, for defendants and appellees.

HOWELL, J. A motion is made to dismiss this appeal on the ground,

among others, that the record was filed long after the delay for bringing the appeal expired.

The appeal was made returnable on the first Monday of May, 1875, and on motion of the appellant in this court the return day was extended to the first Monday of June, but the transcript was not filed until the first of November following. This was too late.

It is therefore ordered that the appeal herein be dismissed at costs of appellant.